No. 118, Orig. UNITED STATES v. ALASKA. Motion for leave to file bill of complaint granted, and defendant is allowed 60 days within which to file an answer.

No. 89–1895. ASTORIA FEDERAL SAVINGS & LOAN ASSN. v. SOLIMINO. C. A. 2d Cir. [Certiorari granted, 498 U. S. 1023.] Motion of the Solicitor General to permit Amy L. Wax, Esq., to present oral argument pro hac vice granted.

No. 90–769. RENNE, SAN FRANCISCO CITY ATTORNEY, ET AL. v. GEARY ET AL. C. A. 9th Cir. [Certiorari granted, 498 U. S. 1046.] Motion of California Democratic Party et al. for leave to participate in oral argument as amici curiae and for divided argument granted.

No. 90–1270. ALABAMA v. BROWN. Ct. Crim. App. Ala. Motion of respondent for leave to proceed in forma pauperis granted.

No. 90–1090. IMMIGRATION AND NATURALIZATION SERVICE ET AL. v. NATIONAL CENTER FOR IMMIGRANTS' RIGHTS, INC., ET AL. C. A. 9th Cir. Certiorari granted limited to Question 2 presented by the petition.

No. 90–1262. ARKANSAS ET AL. v. OKLAHOMA ET AL.; and
No. 90–1266. ENVIRONMENTAL PROTECTION AGENCY v. OKLAHOMA ET AL. C. A. 10th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 908 F. 2d 595.

No. 90–5844. FOUCHA v. LOUISIANA. Sup. Ct. La. Motion of petitioner for leave to proceed in forma pauperis granted. Certiorari granted.

No. 90–6704. DAWSON v. DELAWARE. Sup. Ct. Del. Motion of petitioner for leave to proceed in forma pauperis granted. Certiorari granted.

No. 90–321. CLARK ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.